**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **YOELKYS MARTINEZ DIAZ** | **DOCKET NO. 6:26-cv-01462** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **BRIAN ACUNA, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

### ORDER

In the Court's most recent order, the undersigned ordered the clerk to issue summons in this matter.  Doc. 6.  As summons were issued on May 10, 2026 (doc. 2), the clerk is **ORDERED** to **VACATE** that duplicative portion of the Order.

However, as the Court believes expedited consideration of this matter is appropriate, and counsel on behalf of the Respondents has made an appearance on the record, Respondents are **ORDERED** to file a response to the instant Petition within **twenty-eight (28)** days of the date of this Order. In the answer, Respondents shall provide the Court with summary judgment evidence indicating whether there is a significant likelihood of removal in the reasonably foreseeable future or whether Petitioner's detention is otherwise lawful.  This evidence shall include all documents relevant to the efforts made by the immigration officials to obtain travel documents for Petitioner. Respondents shall also file a memorandum of law briefing the issues raised in the answer and citing applicable statutory and case law. The memorandum should also address whether there is a significant likelihood of removing Petitioner from the United States in the reasonably foreseeable future. If the Respondent does not contest the contentions set forth in the petition, it should inform the Court and provide the relief sought.

**IT IS FURTHER ORDERED** that Petitioner will be given ten (10) days following the filing of Respondents' answer to produce contradictory evidence on the issue of the lawfulness of his detention.

**After the record is complete and all legal delays have run, the court will determine the necessity of an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will issue without further notice.**

Petitioner's failure to comply with this order or to notify the court of any change in his address will result in a recommendation that his petition be dismissed without prejudice under LR 41.3.

THUS DONE AND SIGNED in chambers this 11th day of June, 2026.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE